UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

LOIS SPICUZZA,

    Plaintiff,

v

SPARTANNASH COMPANY, and
SPARTANNASH ASSOCIATES, LLC,

    Defendant.

Case 1:20-cv-00197

HON. ROBERT J. JONKER

| | |
|---|---|
| Anne Buckleitner (P59832)<br>Nathaniel E. Harrington (P74782)<br>CONYBEARE LAW OFFICE, PC<br>519 Main Street<br>St. Joseph, MI 49085<br>269.983.0561<br>Anne@ConybeareLaw.com<br>Nate@ConybeareLaw.com<br>*Attorneys for Plaintiff* | Andrea J. Bernard (P49209)<br>Zainab Hazimi (P80452)<br>WARNER NORCROSS + JUDD LLP<br>1500 Warner Building<br>150 Ottawa Ave., NW<br>Grand Rapids, Michigan 49503<br>616.752.2199<br>abernard@wnj.com<br>zhazimi@wnj.com<br>*Attorneys for Defendant* |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiff Lois Spicuzza ("Spicuzza") and Defendants SpartanNash Company and SpartanNash Associates, LLC (collectively, "SpartanNash") hereby stipulate and agree that this matter may be dismissed with prejudice and with no award of costs or attorney fees to either party.

**IT IS SO ORDERED.**

Date:  July 21, 2021

 /s/ Robert J. Jonker
Hon. Robert J. Jonker
United States District Court Judge

**STIPULATED:**

Dated:   July 21, 2021                    */s/Anne Buckleitner (w/permission)*
                                                                      Anne Buckleitner (P59832)
                                                                       Nathaniel E. Harrington (P74782)
                                                                       CONYBEARE LAW OFFICE, PC
                                                                       519 Main Street
                                                                       St. Joseph, Michigan 49085
                                                                       269.983.0561
                                                                       Anne@ConybeareLaw.com
                                                                       Nate@ConybeareLaw.com
                                                                       *Attorneys for Plaintiff*


Dated:   July 21, 2021                    */s/Andrea J. Bernard*
                                                                       Andrea J. Bernard (P49209)
                                                                       Zainab Hazimi (P80452)
                                                                       WARNER NORCROSS + JUDD LLP
                                                                       1500 Warner Building
                                                                       150 Ottawa Ave., NW
                                                                       Grand Rapids, Michigan 49503
                                                                       616.752.2199
                                                                       abernard@wnj.com
                                                                       zhazimi@wnj.com
                                                                       *Attorneys for Defendant*